IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH S. TRAYWICK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv372-MHT |
| | ) | (WO) |
| KIM THOMAS, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction seeking protection from retaliation by prison staff. He later amended the motion. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied, as the motion seeks relief not sought in the complaint. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

    (1) The recommendation of the United States Magistrate Judge (doc. no. 66) is adopted.

    (2) The motion and amended for preliminary injunction (doc. nos. 33 & 55) are denied.

    It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

    DONE, this the 16th day of November, 2015.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**