IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH S. TRAYWICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv372-MHT |
| | ) | (WO) |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction seeking to prevent defendants from denying him prompt and adequate medical care for his serious medical needs, which he contends were caused by correctional officers assaulting him. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. Also before the court are plaintiff's objections to the recommendation. Upon an independent and de novo review of the record, the court is of the opinion that

plaintiff's objections should be overruled and the recommendation adopted on the ground that plaintiff has not shown a likelihood of success on the merits of his claim. The court does not adopt the portion of the recommendation concluding that part of plaintiff's request for relief is moot.

* * *

Accordingly, it is ORDERED that:

(1) Plaintiff's objections (doc. nos. 87 & 90) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 86) is adopted to the extent discussed above.

(3) The motion for preliminary injunction (doc. no. 78) is denied.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 18th day of August, 2016.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE