IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH SHAUN TRAYWICK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv372-MHT |
| | ) | (WO) |
| KIM THOMAS, Commissioner, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that he received constitutionally inadequate medical care for a back problem and other conditions and that, correctional officials, with deliberate indifference subjected him to a substantial risk of serious harm by ignoring his medical conditions in assigning work, denying him a bottom bunk, and other actions. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the medical defendant's motion to dismiss and the correctional defendants'

motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, and as plaintiff has not objected to the magistrate judge's findings and recommendation, the court concludes that the magistrate judge's recommendation should be adopted, although not necessarily for the reasons expressed by the magistrate judge.

An appropriate judgment will be entered.

DONE, this the 21st day of September, 2018.

                                        /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**