**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH SHAUN TRAYWICK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:15cv372-MHT** |
| ) | **(WO)** |
| **KIM THOMAS, Commissioner,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 105) is adopted to the extent that it recommends granting the motion to dismiss (doc. no. 58) and the motions for summary judgment (doc. nos. 28 & 64).

(2) The motions for summary judgment (doc. nos. 28 & 64) are granted.

(3) The motion to dismiss is granted (doc. no. 58).

(4) Plaintiff's claims against the medical providers are dismissed without prejudice, with no costs taxed.

(4) Judgment is entered in favor of defendants Kim Thomas, Jefferson Dunn, Louis Boyd, Jackie Pettway, and Willie Jackson and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff on his claims against the correctional defendants, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of September, 2018.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**